IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | NO. 2:13-CV-5890 |
| BRIAN FLANAGAN, | : | |
| | : | |
| Defendant. | : | |

### ORDER

AND NOW, this 30th day of June, 2014, upon consideration of Plaintiff's Motion for Default Judgment (Doc. No. 15), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART: The Court orders the following relief:

1. Default Judgment is ENTERED against Defendant;

2. Statutory damages in the amount of $30,000.00 are awarded to the Plaintiff for the Defendant's twenty (20) infringements alleged in the amended complaint pursuant to 17 U.S.C. § 504(c)(1) ($1,500.00 for each infringement);

3. A permanent injunction is entered against the Defendant as follows:

>   Defendant is permanently enjoined from directly, contributorily or indirectly infringing Plaintiff's rights under federal or state law of Plaintiff's copyrighted works (the "Works"), including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute the Works, or to make

    the Works available for distribution to the public, except pursuant to a lawful license or with express authority of Plaintiff.

    Defendant is ordered to destroy all copies of Plaintiff's Works that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization, and shall destroy all copies of the Works transferred onto any physical medium or device in Defendant's possession, custody, or control.

4. Costs and Attorneys' fees pursuant to 17 U.S.C. § 505 in the amount of $1,182.00 are awarded to the Plaintiff.

                                 BY THE COURT:

                                 <u>s/J. Curtis Joyner</u>
                                   J. Curtis Joyner, J.